No. 11–150.  MOORE v. USC UNIVERSITY HOSPITAL, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 11–151.  PADILLA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–152.  DAVIS v. MCKINNEY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–153.  KELES v. TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 11–154.  MARTINEZ v. KURT.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 11–155.  ALVAREZ v. WONG, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–176.  POOLE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–200.  PUCHE ET AL. v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–205.  BRADSHAW v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–214.  MELENDEZ CAMILO v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 11–220.  LIGGINS v. BOUFFAULT ET AL.  C. A. 4th Cir. Certiorari denied.

No. 11–229.  BROWN v. HAWAII ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–236.  FONDREN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–237.  LUJAN v. TEXAS.  Ct. App. Tex., 8th Dist. Certiorari denied.

No. 11–239.  SAMUELS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.